

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00146-CV

| | | |
|---|---|---|
| Thomas A. Wilder, District Clerk | § | From the 17th District Court |
| | § | of Tarrant County (017-264181-13) |
| v. | | |
| | § | April 3, 2014 |
| Odell Campbell, Thomas Ray Robertson, Shawnta Renea Coleman, Scott Wiernik, Tairhonda Mcafee, Marybeth Lynn Jewell, and Diana J. Najera | § | Opinion by Justice Gabriel |
| | § | Dissent by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We vacate the trial court's order granting Appellees a temporary injunction and dismiss the case. It is ordered that the temporary injunction is vacated and that the case is dismissed.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel

By _____

Justice Lee Gabriel